UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP E MANNEBACH, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:15-cv-01601-SEB-DML |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

**Entry Discussing Pending Motions**

On June 14, 2018, the petitioner filed a successive § 2255 motion with the case number 1:18-cv-1824-SEB-MJD. Since that time, he has filed two motions in this closed action which reference his newly opened successive § 2255 case.

**The clerk is directed to redocket** the petitioner's motions for production of record and to appoint counsel, dkts. [43, 44], in his open case, 1:18-cv-1824-SEB-MJD, and to administratively terminate these motions in this action.

**IT IS SO ORDERED.**

Date: 7/17/2018

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

PHILLIP E MANNEBACH
06326-040
TUCSON U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 24550
TUCSON, AZ 85734

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov